

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.,** WRH Energy Partners, L.L.C., William R."Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY,**
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

**ORDER REGARDING ORAL ARGUMENTS BEFORE THE EN BANC COURT**

Sitting: Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The above cause is set for oral arguments before the en banc court on June 3, 2015 at 9:00 a.m. Argument is limited to forty-five (45) minutes each side and twenty (20) minutes for appellants' rebuttal.

It is so **ORDERED** on May 18, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court